AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Deep Vinodbhai PATEL,<br>Raj Nareshbhai VYAS;<br><br>**Defendants.** | ) | Case No. 8:26-PO-130(CBF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 10, 2026, in the county of Clinton in the Northern District of New York the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry into the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Asta M. Amar Border Patrol Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 12, 2026

*Judge's signature*

City and State: Syracuse, New York

Hon. U.S. Magistrate Judge Carla B. Freedman

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendants with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

**3.** On November 10, 2026, BPAs received information from a concerned citizen, regarding two male subjects suspected of entering the United States illegally. According to the report, the subjects were picked up near Perry Mills Road in Mooers, NY, and subsequently transported to the La Quinta Inn in Plattsburgh.

4. BPAs responded to the area and observed a vehicle rapidly enter and exiting the hotel parking lot, subsequently driving into and out of an adjacent Planet Fitness lot. The vehicle then traveled West on State Route 3 and pulled into a Sunoco gas station which is a known local bus stop and frequent drop-off location in Plattsburgh, NY. Agents observed two individuals later

identified as Deep Vinodbhai PATEL and Raj Nareshbhai VYAS, carrying backpacks exit the vehicle and enter the store. Both subjects appeared muddy, which is typically an indicator of individuals who have recently crossed through wet and muddy terrain. BPAs identified themselves and asked the subjects for their immigration status. The subjects admitted that they are citizens of countries other than the United States as follows: PATEL and VYAS are citizens of India. The subjects were then transported to the USBP station for further processing.

5. At that station, BPAs fingerprinted the defendants and records checks confirmed that none of them are citizens or nationals of the United States, and are therefore aliens; that none had permission to enter the United States; and that none had entered the United States through a port of entry.

**Conclusion**

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 12, 2026

Hon. Carla B. Freedman
United States Magistrate Judge